**Joseph Rudolph WOOD, III, Petitioner–Appellant,**

v.

**Charles L. RYAN, interim Director, Arizona Department of Corrections, Respondent–Appellee.**

No. 08–99003.

United States Court of Appeals, Ninth Circuit.

July 18, 2014.

Julie Hall, Law Offices of Julie S. Hall, Oracle, AZ, Kevin Clarence Lerch, Law Office of Kevin C. Lerch, Tucson, AZ, Dale A. Baich, Esquire, Assistant Federal Public Defender, Jennifer Yolanda Garcia, Esquire, Assistant Federal Public Defender, FPDAZ–Federal Public Defender's Office, Phoenix, AZ, for Petitioner–Appellant.

Kent Ernest Cattani, Chief Counsel, John Pressley Todd, Esquire, Assistant Attorney General, Jeffrey A. Zick, Esquire, Assistant Attorney General, Arizona Attorney General's Office, Phoenix, AZ, Amy Pignatella Cain, Assistant Attorney General, AGAZ–Office of the Arizona Attorney General, Lacey Stover Gard, Assistant Attorney General, Office of the Attorney General, Tucson, AZ, for Respondent–Appellee.

Before: KIM MCLANE WARDLAW, Circuit Judge.

## ORDER

WARDLAW, Circuit Judge:

Petitioner has filed a Petition for Writ of Habeas Corpus and Motion for Stay of Execution. Because the three-judge panel consisting of Judges Thomas, Gould, and Bybee has jurisdiction over Appeal No. 08–99003 and petitioner's execution is not "imminent," the Petition for Writ of Habe-

as Corpus and Motion for Stay of Execution is referred to the Clerk for determination by the three-judge panel. *See* Cir. R. 22–2(c) ("Once a case is assigned to a death penalty panel, the panel will handle all matters pertaining to the case...."); Cir. R. 22–4(e) ("In all capital cases where petitioner seeks a stay of execution, the Clerk shall refer any motion for a stay of execution to the death penalty panel.").

IT IS SO ORDERED.